UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>TOMMY BAHAMA R&R HOLDINGS, INC.,<br><br>       Defendant. | Case No.<br><br><br>**NOTICE OF REMOVAL OF DEFENDANT TOMMY BAHAMA R&R HOLDINGS, INC.** |

Filed on behalf of Defendant Tommy Bahama R&R Holdings, Inc.

Counsel of Record for this Party:
James S. Malloy
Victor Abraham Delnore (*pro hac* forthcoming)
**Dingess, Foster, Luciana, Davidson & Chleboski LLP**
20 Stanwix Street, Third Floor
Pittsburgh, Pennsylvania 15222
Main Office: (412) 926-1800
jmalloy@dfllegal.com
adelnore@dfllegal.com

Gregory F. Hurley (*pro hac* forthcoming)
Stacy Dominguez (*pro hac* forthcoming)
**Sheppard Mullin Richter & Hampton LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
(P) 714.513.5100
ghurley@sheppardmullin.com
sdominguez@sheppardmullin.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TOMMY BAHAMA R&R HOLDINGS, INC.,<br><br>    Defendant. | Case No. |

## NOTICE OF REMOVAL OF DEFENDANT TOMMY BAHAMA R&R HOLDINGS, INC.

**PLEASE TAKE NOTICE** that defendant Tommy Bahama R&R Holdings, Inc., ("Defendant") by and through their undersigned counsel, and pursuant to 28 U.S.C. §§1441 and 1332, hereby remove to this Court an action pending in the Court of Common Pleas of Chester County, Pennsylvania. The grounds for this Removal are set forth below:

## I.    FILING AND SERVICE OF THE COMPLAINT.

1.    On November 30, 2023, plaintiff Andrew Wilkins, ("Plaintiff") commenced an action in the Court of Common Pleas of Chester County captioned "***Andrew Wilkins v. Tommy Bahama R&R Holdings, Inc.***" In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Plaintiffs' Complaint is attached hereto and incorporated herein as Exhibit "A." and a true and correct copy of the Court of Common Pleas of Chester County docket in this matter is attached hereto and incorporated herein as Exhibit "B."

2.    Service of the Summons and Complaint has not yet been effected upon Defendant. Defendant has not yet responded to the Complaint. To Defendant's knowledge, no other defendant is named in this matter.

## II.    THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3.    This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and his claims are founded on a claim or right arising under the laws of the United States.

4.    More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 et seq.  (Complaint ¶¶ 1, 3, 12, 17, 19, 30, and 39-44,).

## III.    THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5.    The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6.    Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Court of Common Pleas of Chester County, as further required by that Section.

7.    Venue is proper in this Court because the action is being removed from the Court of Common Pleas of Chester County.

8.    The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Court of Common Pleas of Chester County, Pennsylvania be removed to this Court.

Dated:  December 21, 2023

By    /s/ *James S. Malloy*

James S. Malloy
Victor Abraham Delnore (*pro hac* forthcoming)
**Dingess, Foster, Luciana, Davidson &**
**Chleboski LLP**
20 Stanwix Street, Third Floor
Pittsburgh, Pennsylvania 15222
Main Office: (412) 926-1800
jmalloy@dfllegal.com
adelnore@dfllegal.com

Gregory F. Hurley (*pro hac* forthcoming)
Stacy Dominguez (*pro hac* forthcoming)
**Sheppard Mullin Richter & Hampton LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
(P) 714.513.5100
ghurley@sheppardmullin.com
sdominguez@sheppardmullin.com

*Attorney for Defendant,*
*Tommy Bahama R&R Holdings, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 21st day December 2023, a true and correct copy of the foregoing Notice of Removal was filed and served by way of the Court's CM/ECF system on the following counsel of record:

Daniel Zemel, Esq.
**ZEMEL LAW LLC**
400 Sylvan Ave., Suite 200
Englewood Cliffs, NJ 07632
(862) 227-3106
dz@zemellawllc.com

*Counsel for Plaintiff*
*Andrew Wilkins*

/s/ *James S. Malloy*
James S. Malloy