IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff,*<br>  v.<br><br>TOMMY BAHAMA R&R HOLDINGS, INC.,<br><br>    *Defendant.* | Case No. 2:23-cv-05084-JDW |

### ORDER

AND NOW, this 24th day of July, 2024, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that counsel for the Parties in the above-captioned matter shall hold open the following dates for depositions in this case: September 4-6, 2024; September 17-20, 2024; October 8-10, 2024; and October 23-25, 2024. I will not allow any extensions of discovery in this case unless counsel can provide a full accounting of their activities on those dates.

                                                    **BY THE COURT**:

                                                    */s/ Joshua D. Wolson*
                                                    HON. JOSHUA D. WOLSON