UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOMMY BAHAMA R&R HOLDINGS, INC.,<br><br>Defendant. | Case No.: 2:23-cv-5084<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that all matters herein having been compromised and settled as between Plaintiff, Andrew Wilkins, and Defendant, Tommy Bahama R&R Holdings, Inc. Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Date: February 18, 2025

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
400 Sylvan Ave., Suite 200
Englewood Cliffs, New Jersey 07653
T: (862) 227-3106
dz@zemellawllc.com
*Attorney for Plaintiff*