## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW WILKINS, on behalf of himself and all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TOMMY BAHAMA R&R HOLDINGS, INC.,**<br><br>*Defendant.* | **Case No. 2:23-cv-05084-JDW** |

### <u>ORDER</u>

**AND NOW**, this 18th day of February, 2025, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.